UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
CELSO LOPEZ,                                                    Case No. 12-14577-LMI
    Debtor
_____/                Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 28TH day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Albert Denis, Private Lender
36 Arcadia Drive,
North Kingstown, RI 02852

Georgina Blanco-Elias, Esq.　　　　　　　　　　　Georgina Elias-Blanco, Esq., R.A.
Blanco Law, P.A.　　　　　　　　　　　　　　　　133 Aragon Avenue,
6307 Bird Road,　　　　　　　　　　　　　　　　Coral Gables, FL 33134
Miami, FL 33155

DMJ Loan Servicing, LLC　　　　　　　　　　　　DMJ Loan Servicing, LLC
P.O. Box 830756　　　　　　　　　　　　　　　　10300 SW 72 ST, Ste 261
Miami, FL 33283-0756　　　　　　　　　　　　　Miami, FL 33173