UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Celso Lopez,　　　　　　　　　　　　　　　　　Case No. 12-14577-LMI
　　　Debtor.　　　　　　　　　　　　　　　　　Chapter 13
_____/

# AMENDED MOTION TO MODIFY CHAPTER 13 PLAN, PAYOFF AND FOR EARLY DISCHARGE
# REQUESTING AN EXPEDITED HEARING

**COMES NOW,** the Debtor, Celso Lopez by and through his undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On February 27, 2012 the instant case was filed.

2. On August 23, 2012 debtor's chapter 13 plan was confirmed.

3. Debtor seeks to modify his plan to provide 100% payment to all his unsecured creditors.

4. Debtor's First Modified plan provides for payment of 100% of his unsecured creditors.

5. Debtor requests upon completion of his plan payments a discharge be issued.

6. Debtor has a reverse mortgage closing set for December 20, 2013.

7. Debtor needs a discharge in order to proceed with the closing.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan and for a discharge to be issued upon completion of his plan payments.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161